PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:02CR00559-01** |
| ) | |
| **RICHARD SANCHEZ, aka "Rico"** ) | |
| ) | |

On October 2, 1998, the above-named was placed on Supervised Release for a period of five years, which commenced on November 27, 2002.  Mr. Richard Sanchez has complied with the rules and regulations of supervision.  It is accordingly recommended that Richard Sanchez be discharged from supervision.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE
Senior United States Probation Officer**

Dated:    January 22, 2007
          Roseville, California
          MAS:jc

**REVIEWED BY:**    /s/ Richard A. Ertola
          **RICHARD A. ERTOLA
          Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Richard SANCHEZ**
       **Docket Number:   2:02CR00559-01**
       **ORDER TERMINATING SUPERVISED**
       **RELEASE PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the releasee, Richard Sanchez, be discharged from supervised release, and that the proceedings in the case be terminated.

DATE:

 Dated: January 29, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

MAS/jc
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office